# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-15-50059-01-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| Thaddeus Christopher Lacy, | |
| Defendant. | |

Pending before the Court is the Defendant's Motion for Early Termination of Supervised Release (Doc. 3). There being no objection, and finding good cause appearing,

**IT IS HEREBY ORDERED** granting Defendant's Motion for Early Termination of Probation (Doc. 3).

The Court finds excludable delay under Title 18 U.S.C. § 3161(h) ____ from ____ to ____.

Dated this 7th day of December, 2017.

Honorable Steven P. Logan
United States District Judge